68 A.3d 889

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
VONTE L. SKINNER, DEFENDANT–PETITIONER.

May 9, 2013.

ORDERED that the petition for certification is granted limited to defendant's challenge to the comments by the assistant prosecutor during closing that defendant alleges exceeded the boundaries of permissible advocacy.